UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAISER AND ASSOCIATES, INC., A CALIFORNIA CORP., d/b/a KAI-CONNECT | **CIVIL ACTION NO.** |
| | 1:19-cv-10577 |
| PLAINTIFF | |
| v. | **STIPULATION TO EXTEND DEADLINES FOR FACT DISCOVERY** |
| ADAM TECHNOLOGIES, INC., A NEW JERSEY CORP., et al. | |
| DEFENDANTS | |

## STIPULATION

Subject to the Court's Approval, the parties hereto, by their respective counsel, stipulate and agree to the extension of the discovery deadlines as follows:

1.  The time for Fact Discovery as set forth in the Court Order of November 17, 2020 is extended from February 15, 2021 to March 31, 2021.

2.  All affirmative expert reports shall be delivered by April 30, 2021. Any such report shall be in the form and content as required by Fed. R. Civ. P. 26 (a)(2)(B).

3.  All responding expert reports shall be delivered by May 31, 2021. Any such report shall be in the form and content as described above.

4.  All expert discovery shall be completed by June 30, 2021.

FUREY & BALDASSARI, P.C.                         LAW OFFICE OF JOEL SELTZER

BY: JOSEPH J. BALDASSARI, ESQ.                   JOEL SELTZER, ESQ.
Counsel for Plaintiff                            Counsel for Defendants

Approved By the Court:

_____                        _____
HON. JAMES CLARK, III                            Date Approved